In re Raymond R. RIVERA and Carl D. Neuburger.

No. 2009–1123.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2009.

Bryan P. Collins, Pillsbury Winthrop Shaw Pittman LLP, of McLean, Virginia,

* Honorable Ron Clark, District Judge, United States District Court for the Eastern District of Texas, sitting by designation.

argued for appellants. With him on the brief was Emily T. Bell.

Sydney O. Johnson, Jr., Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, Virginia, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Robert J. McManus, Associate Solicitor.

LOURIE, CLEVENGER and SCHALL, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.